JS-6

FILED
CLERK, U.S. DISTRICT COURT
5/5/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| JAMES RUTHERFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JD PLAZA LLC, and DOES 1 through 10,<br><br>　　　　Defendants. | Case No.: SACV 21-00460-CJC(JDEx)<br><br><br><br>JUDGMENT |

//
//
//
//

1 | This matter came before the Court on Plaintiff's motion for default judgment. On
2 | May 5, 2021, the Court granted Plaintiff's motion. In accordance with the Court's Order,
3 | **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff for
4 | (1) injunctive relief requiring Defendant to create ADA-compliant parking spaces and
5 | paths of travel and (2) attorneys' fees and costs of $1,669.00.

DATED: May 5, 2021

_____
HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE